# UNITED STATES DISTRICT COURT
## Southern District of Iowa



U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa 50309

Clerk of Court's Office
www.iasd.uscourts.gov

Des Moines
Davenport
Council Bluffs

o: 515-284-6248
f : 515-284-6418

June 20, 2024

Tiffaney D. Pete
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judicial Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20002-8004

*In Re:* MDL 3115 Consumer Vehicle Driving Data Tracking Litigation

Dear Ms. Pete:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Hindson v. General Motors LLC et al please forward this complaint to the panel for review of a Potential Tag-Along Action to the above-entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Kellie Watson
Deputy Clerk
Phone number 515-284-6163
John S. Courter
CLERK OF COURT